IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ROSS E. LAWRENCE and | ) | |
| DEBBIE K. LAWRENCE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 10-01259-CV-S-REL |
| | ) | |
| PROPERTY AND CASUALTY | ) | |
| INSURANCE CO. OF HARTFORD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the court is a Joint Motion to Dismiss With Prejudice (Doc. No. 25). In

accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is

ORDERED that the action against Defendant is dismissed with prejudice. Each party

shall bear its own costs.


_/s/ Robert E. Larsen_

ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
May 17, 2012